IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. 12-30154-DRH

ROBERT DOLAN,

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant Dolan's motion to modify travel provision of federal probation for family visitation (Doc. 34). Dolan moves the Court to modify his travel provision to allow him to travel to Cuba to visit his wife and son and to secure a visa and a passport for them to travel to the United States. The United States Probation Office informed the Court that it does not object to Dolan's request. Thus, the Court **GRANTS** the motion. The Court **ALLOWS** Dolan to travel to Cuba. The Court **DIRECTS** Dolan to provide his probation officer an itinerary of his travel plans and to contact his probation officer within twenty-four hours of returning to the United States.

**IT IS SO ORDERED.**

Signed this 12th day of December, 2013.

Digitally signed by
David R. Herndon
Date: 2013.12.12
16:17:20 -06'00'

**Chief Judge**
**United States District Court**